# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 22-18-BLG-SPW |
| Plaintiff, | |
| vs. | FINAL ORDER OF FORFEITURE |
| DANIEL JOSEPH MARTZ, | |
| Defendant. | |

This matter comes before the Court on the United States' Motion for Final Order of Forfeiture (Doc. 39). Having reviewed said motion, the Court FINDS:

1. The United States commenced this action pursuant to 18 U.S.C. § 924(d);

2. A Preliminary Order of Forfeiture was entered on September 30, 2022 (Doc. 32);

3. All known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1);

1

4.     There appears there is cause to issue a forfeiture order under 18 U.S.C. § 924(d);

It is therefore ORDERED, DECREED, AND ADJUDGED that:

1.     The Motion for Final Order of Forfeiture (Doc. 39) is GRANTED.

2.     Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 924(d), free from the claims of any other party:

- Taurus International Manufacturing Incorporated, model Spectrum, .380 caliber semi-automatic pistol (S/N: 1F103319); and

- 37 Rounds of Winchester-Western Ammunition, CAL: .380.

3.     The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this _1st_ day of December, 2022.

_Susan P. Watters_
SUSAN P. WATTERS
United States District Court Judge